# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:18-cr-106-6 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| BRADLEY WHALEN | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Counts One and Eighteen of the twenty-two count Indictment; (2) accept Defendant's guilty plea as to Counts One and Eighteen; (3) adjudicate the Defendant guilty of Counts One and Eighteen; and (4) allow Defendant to remain on bond under appropriate conditions of release pending sentencing in this matter (Doc. 168). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 168) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Counts One and Eighteen of the twenty-two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Eighteen is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Counts One and Eighteen; and

4. Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **August 9, 2019, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**